**Electronically Filed
Supreme Court
SCEC-20-0000507
09-OCT-2020
03:09 PM**

SCEC-20-0000507

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

BRIAN EVANS, Plaintiff,

vs.

KAIALI‘I (KAI) KAHELE, Defendant.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
OF ORDER OF THIS COURT FILED OCTOBER 2, 2020
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Upon consideration of the Motion for Reconsideration of Order of This Court Filed October 2, 2020, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, October 9, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ James H. Ashford

